UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOHN 21:5, INC., | )   Case No. 13-04896-JMC-11 |
| | ) |
| Debtor. | ) |

## DEBTOR'S SMALL BUSINESS BALANCE SHEET AS OF MAY 8, 2013

**Assets:**

| | |
|---|---|
| - Cash on hand (estimated): | $    1,000.00 |
| - Funds in Bank Accounts: | $  59,730.79 |
| - Security Deposits: | $  15,000.00 |
| - Business Equipment/Tangible Assets: | $128,500.00 |
| - Claims against landlord/tenants related to water payments[1]: | $  10,000.00 |
| - Insurance claim for loss of inventory/food January, 2013 | $UNKNOWN |

**Total Assets:**            $214,230.79

**Liabilities:**

| | |
|---|---|
| - Secured Obligations: | $121,971.70[2] |
| - Unsecured Trade Debt: | $250,844.69 |
| - Priority Wage Claims: | $           0.00 |
| - Tax Claims: | $UNKNOWN |

**Total Liabilities:**            $372,816.39

Respectfully submitted,

*/s/ Weston E. Overturf*
James P. Moloy, Attorney No. 10301-49
Weston E. Overturf, Attorney No. 27281-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700

---

[1] The amount indicated in this balance sheet and Debtor's schedules is a good faith estimate to give an approximate value of the claims for payments made by Debtor for water consumed by the landlord and/or other tenants in the Indiana Avenue location.  Debtor reserves the right to seek reimbursement for a greater or lesser amount and shall not be limited by its good faith estimation.
[2] Debtor reserves the right to dispute the amount or extent of secured interest by any and all of the secured creditors.

Indianapolis, Indiana  46204
(317)  684-5000; (317)  684-5173 (FAX)
jmoloy@boselaw.com
woverturf@boselaw.com
2371597/24702-0003

*Attorneys for Debtor, John 21:5, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

- Daniel Lapointe Kent     dkent@lapointelawfirm.com
- James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
- Ronald J. Moore     Ronald.Moore@usdoj.gov
- Weston Erick Overturf     woverturf@boselaw.com, rmurphy@boselaw.com;mwakefield@boselaw.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I hereby certify that on the 17th day of June, 2013, a copy of the foregoing document was mailed by first class mail to the following:

All Creditors Identified on the attached Creditor Matrix including but not limited to the twenty (20) largest unsecured creditors.


/s/  Weston E. Overturf
Weston E. Overturf