**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN 21:5, INC., | ) | Case No. 13-04896-JMC-11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEBTOR'S FIRST OMNIBUS MOTION TO REJECT UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND REQUEST FOR WAIVER OF 10-DAY STAY**

**PLEASE TAKE NOTICE** that John 21:5, Inc., Debtor and Debtor-in-possession ("Debtor"), has filed Debtor's First Omnibus Motion To Reject Unexpired Leases And Executory Contracts And Request For Waiver Of 10-Day Stay (the "Motion to Reject") [Docket No. 45]. The following lessors are subject to the Motion to Reject:

| **Lessor** | **Date of Lease** | **Proposed Rejection Date** |
|---|---|---|
| Providence HUD, LLC as managed by Buckingham Management, LLC | September 20, 2012 | September 30, 2013 |
| Lockefield Commons Limited Partnership as managed by Stough Development Corporation | May 25, 2006 | August 31, 2013 |
| Carmichael Center, LP as managed by WS Property Group | October 18, 2012 | May 8, 2013 (*Nunc Pro Tunc*) |
| Pyramid Place Shoppes | May 2012 | May 8, 2013 (*Nunc Pro Tunc*) |

Each lessor should review the Motion to Reject, which is on file with the Bankruptcy Court, 46 East Ohio Street, Indianapolis, Indiana 46204 and is available for review on business days during regular business hours at the Clerk's office or at the Bankruptcy Court's website, www.insb.uscourts.gov (a password and payment of a fee is required for viewing pleadings online). In addition, copies of the Motion to Reject are available upon request from the undersigned.

**OBJECTIONS**, if any, to the relief requested in the Motion to Reject must be filed with the Bankruptcy Court and served by overnight delivery upon Bose McKinney & Evans LLP, 111 Monument Circle, Suite 2700, Indianapolis, Indiana 46204 (Attn: Weston E. Overturf); and Office of the United States Trustee, 101 West Ohio Street,

Suite 1000, Indianapolis, Indiana 46204 (collectively, the "Interested Parties") so as to be received not later than 4:00 P.M. (EDT) on July 15, 2013 (the "Objection Deadline"). An objection shall set forth with particularity the grounds for such objection or other statements of position.

In the event an objection is filed on or before the Objection Deadline, a **HEARING** will be held at 1:30 P.M. (EDT) on July 17, 2013 at the Bankruptcy Court located at 46 East Ohio Street, Indianapolis, Indiana 46204, Courtroom 310, before the Honorable James M. Carr, United States Bankruptcy Judge.

*If no objection to the Motion to Reject is filed prior to the Objection Deadline, the Bankruptcy Court may cancel the scheduled hearing and may grant the Motion to Reject.*

Respectfully submitted,

*/s/ Weston E. Overturf*
James P. Moloy, Attorney No. 10301-49
Weston E. Overturf, Attorney No. 27281-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000; (317) 684-5173 (FAX)
jmoloy@boselaw.com
woverturf@boselaw.com
2375994/24702-3

*Attorneys for Debtor, John 21:5, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Daniel Lapointe Kent     dkent@lapointelawfirm.com
- Martha R. Lehman     mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com;pdidandeh@kdlegal.com
- James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
- Ronald J. Moore     Ronald.Moore@usdoj.gov
- Weston Erick Overturf     woverturf@boselaw.com, rmurphy@boselaw.com;mwakefield@boselaw.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I hereby certify that on the 24th day of June, 2013, a copy of the foregoing document was mailed by first class mail to the following:

Aaron E. Davis
BRYAN CAVE LLP
161 North Clark Street - Suite 4300
Chicago, IL 60601-3315

Providence HUD, LLC
c/o Buckingham Companies
Attention: Andrew I. Klineman
941 North Meridian Street
Indianapolis, IN  46204

Carmichael Center, LP
c/o WS Property Group
1557 South Piazza Drive
Bloomington, IN  47401

Lockefield Commons Limited Partnership
c/o Stough Development Corporation
1128 Main Street
Cincinnati, OH  45202

Pyramid Place Shoppes
c/o Centre Properties
9333 North Meridian Street
Suite 275
Indianapolis, IN  46260

(Lockefield's counsel of record herein will also receive a copy via the Court's ECF system)

/s/ Weston E. Overturf
Weston E. Overturf