UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                            )
                                                  )
JOHN 21:5, INC.,                                  )   CASE NO. 13-04896-JMC-11
                                                  )
            Debtor.                               )

## CERTIFICATE OF SERVICE REGARDING DOC 54

I hereby certify that the Order granting Motion to Extend Time to File (i) Small Business Cash Flow Statement; (ii) Tax Returns; (iii) Statement of Current Monthly Income, entered by the Court on July 2, 2013 ("Order") was sent to the following parties through the Court's Electronic Case Filing System [Doc 54].  Parties may access this filing through the Court's system.

- Daniel Lapointe Kent     dkent@lapointelawfirm.com
- Martha R. Lehman     mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;pdidandeh@kdlegal.com
- James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
- Ronald J. Moore     Ronald.Moore@usdoj.gov
- Weston Erick Overturf     woverturf@boselaw.com, rmurphy@boselaw.com;mwakefield@boselaw.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I further certify that on the 2nd day of July, 2013, a copy of the Order [Doc 54] was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Aaron E. Davis
BRYAN CAVE LLP
161 North Clark Street - Suite 4300
Chicago, IL 60601-3315

2382568  (24702-3)

Respectfully submitted,


/s/  *Weston E. Overturf*
James P. Moloy (10301-49)
Weston E. Overturf (27281-49)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5000
(317) 684-5173 (Fax)
jmoloy@boselaw.com
woverturf@boselaw.com

Attorneys for Debtor, John 21:5, Inc.