UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN 21:5, INC.,  ) | Case No. 13-04896-JMC-11 |
| ) | |
| Debtor.  ) | |

### DEBTOR'S NOTICE OF WITHDRAWAL OF FIRST DAY MOTION FOR AUTHORITY TO MAINTAIN EXISTING BANK ACCOUNTS

John 21:5, Inc., debtor and debtor-in-possession (hereinafter "Debtor"), hereby moves to withdraw the Debtor's First Day Motion for Authority to Maintain Existing Bank Accounts [Docket No. 11] (the "Motion") and, in support of such request, states as follows:

1. On May 8, 2013 (the "Petition Date"), Debtor filed a Voluntary Petition under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2. Shortly thereafter, Debtor filed the Motion seeking to maintain its existing accounts at Teacher's Credit Union.

3. Teacher's Credit Union has indicated that it does not wish to become an authorized bank and, as a result, Debtor has determined that it will open Debtor-in-Possession accounts at an authorized bank.

4. As a result, Debtor respectfully requests that the Court take no further action on said Motion.

WHEREFORE, John 21:5, Inc., respectfully requests the Court permit Debtor to withdraw its First Day Motion for Authority to Maintain Existing Bank Accounts [Docket

No. 11] and grant John 21:5, Inc. all other relief the Court deems just and proper under the circumstances.

Respectfully submitted,

*/s/ Weston E. Overturf*
James P. Moloy, Atty. No. 10301-49
Weston E. Overturf, Atty. No. 27281-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317)  684-5000; (317)  684-5173 (FAX)
jmoloy@boselaw.com
woverturf@boselaw.com

*Attorneys for Debtor, John 21:5, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

- Daniel Lapointe Kent    dkent@lapointelawfirm.com
- Martha R. Lehman    mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;mblakeley@kdlegal.com;pdidandeh@kdlegal.com
- James P Moloy    jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
- Ronald J. Moore    Ronald.Moore@usdoj.gov
- Weston Erick Overturf    woverturf@boselaw.com, rmurphy@boselaw.com;mwakefield@boselaw.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I hereby certify that on the 10th day of July, 2013, a copy of the foregoing document was mailed by first class mail to the twenty (20) largest unsecured creditors and  the following:

Aaron E. Davis
BRYAN CAVE LLP
161 North Clark Street - Suite 4300
Chicago, IL 60601-3315

*/s/  Weston E. Overturf*
Weston E. Overturf

2

2384195/24702-7