UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN 21:5, INC., | ) | Case No. 13-04896-JMC-11 |
| | ) | |
| Debtor. | ) | |

## AGREED ENTRY CONCERNING DEBTOR'S FIRST OMNIBUS MOTION TO REJECT UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND REQUEST FOR WAIVER OF 10-DAY STAY

John 21:5, Inc., debtor and debtor-in-possession (hereinafter "Debtor") by counsel, and Lockefield Commons Limited Partnership ("Lockefield"), by counsel, respectfully submit this Agreed Entry Concerning Debtor's First Omnibus Motion to Reject Unexpired Leases and Executory Contracts and Request for Waiver of 10-Day Stay and in support state as follows:

1. On May 8, 2013 (the "Petition Date"), Debtor filed a Voluntary Petition under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2. Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code.

3. No trustee or examiner has been appointed in this Chapter 11 case and no official unsecured creditors' committee has been appointed.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334, and venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

5. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (M) and is a matter of federal bankruptcy law.

6.  Prior to the Petition Date, the Debtor and Lockefield entered into a lease (the "Lockefield Lease") for real estate located at 901-921 Indiana Avenue, Indianapolis, Indiana (the "Lockefield Real Estate").

7.  Prior to the Petition Date, Lockefield sued the Debtor in the Marion Superior Court and sought possession of the Lockefield Real Estate. Lockefield also alleges that it terminated the Lockefield Lease prior to the Petition Date and that the Debtor has no interest in the Lockefield Lease to assume.

8.  On June 19, 2013, the Debtor filed its Debtor's First Omnibus Motion to Reject Unexpired Leases and Executory Contracts and Request for Waiver of 10-Day Stay (the "Rejection Motion").

9.  The Debtor and Lockefield have agreed that, to the extent the Debtor has any remaining interest in the Lockefield Lease, the Lockefield Lease shall be rejected effective August 31, 2013.

10. In addition, the Debtor and Lockefield have agreed that the Debtor shall pay Lockefield the sum of $22,346.11, representing the amount due for the Debtor's use and occupancy of the Lockefield Real Estate from the Petition Date until August 31, 2013. Such funds shall be paid within 3 days of the approval of this Agreed Entry by the Court. Counsel for the Debtor will hold the funds in his trust account pending the Court's approval of this Agreed Entry.

11. The Debtor further agrees that it will vacate the Lockefield Real Estate no later than 5:00 p.m., August 31, 2013 and shall leave the Lockefield Real Estate in broom clean condition. The keys for the Lockefield Real Estate shall be delivered to counsel for Lockefield

at the following address:  Martha R. Lehman, Kay Dee Baird, Krieg DeVault LLP, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204 on or before 5:00 p.m. on August 31, 2013.

WHEREFORE, John 21:5, Inc., by counsel, and Lockefield Commons Limited Partnership, by counsel, respectfully request the Court enter an order approving this Agreed Entry and granting them all other just and proper relief.

Respectfully submitted,                                     Respectfully submitted,

/s/  Martha R. Lehman            .                           /s/ Weston E. Overturf
Martha R. Lehman                                            James P. Moloy, Atty No. 10301-49
Kay Dee Baird                                                    Weston E. Overturf, Atty No. 27281-49
Krieg DeVault LLP                                             BOSE MCKINNEY & EVANS LLP
One Indiana Square, Suite 2800                         111 Monument Circle, Suite 2700
Indianapolis, IN 46204                                      Indianapolis, Indiana  46204
Phone:  (317) 636-4341                                     (317)  684-5000; (317)  684-5173 (FAX)
Fax:  (317) 636-1507                                         jmoloy@boselaw.com
mlehman@kdlegal.com                                    woverturf@boselaw.com
kbaird@kdlegal.com

*Attorneys for Lockefield Commons Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

- Daniel Lapointe Kent     dkent@lapointelawfirm.com
- Martha R. Lehman     mlehman@kdlegal.com, crbpgpleadings@kdlegal.com;pdidandeh@kdlegal.com
- James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
- Ronald J. Moore     Ronald.Moore@usdoj.gov
- Weston Erick Overturf     woverturf@boselaw.com, rmurphy@boselaw.com;mwakefield@boselaw.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I hereby certify that on the 15th day of July, 2013, a copy of the foregoing document was mailed by first class mail to the following:

Aaron E. Davis
BRYAN CAVE LLP
161 North Clark Street - Suite 4300
Chicago, IL 60601-3315

/s/ Martha R. Lehman
Martha R. Lehman

KD_5266590_2.docx